

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-08-00434-CR**

**IN RE TYRER J. PEARSON**

_____

**Original Proceeding**

**MEMORANDUM  OPINION**

Relator seeks a writ of mandamus against the District Clerk and District Attorney of Ellis County relating to their alleged failure to issue a bench warrant on Relator's motion.  The petition for writ of mandamus lacks proof of service.  *See* TEX. R. APP. P. 9.5 (a), (d).  We use Rule 2 to suspend the service requirement of Rule 9.5 and proceed to the merits of the mandamus.  TEX. R. APP. P. 2, 9.5.

A court of appeals has no jurisdiction to issue a writ of mandamus against a district clerk or district attorney except to protect its jurisdiction.  *See* TEX. GOV'T CODE ANN. § 22.221(a) (Vernon 2004); *In re Bernard*, 993 S.W.2d 453, 454 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding).  Relator's petition does not allege facts that require us

to protect our jurisdiction, so we do not have jurisdiction to decide his request for mandamus relief against the District Clerk or District Attorney.

We dismiss the petition for want of jurisdiction.


BILL VANCE
Justice

Before Chief Justice Gray,
      Justice Vance, and
      Justice Reyna
Petition dismissed
Opinion delivered and filed December 23, 2008
Do not publish
[CR25]